UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>Ricquelle Jeffrey,<br>Debtor | Case No. 24-11395-JEB<br>Chapter 13 |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

You are hereby given notice that Harmon Law Offices, P.C. appears for Lakeview Loan Servicing, LLC to represent its interests in this matter. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy Rule 2002 (g) and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Respectfully submitted,
Lakeview Loan Servicing, LLC,
By its Attorney

/s/ Nicholas J. Danforth
Nicholas J Danforth
BBO# 703337
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: 7/23/2024



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>Ricquelle Jeffrey,<br>Debtor | Case No. 24-11395-JEB<br>Chapter 13 |

CERTIFICATE OF SERVICE

I, Nicholas J Danforth, state that on ___7/23/2024_____, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of Lakeview Loan Servicing, LLC using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Steven Striffler
Carolyn Bankowski
Richard T. King

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Ricquelle Jeffrey
239 Washington Street
Norwood, MA 02062

    Respectfully submitted,
    Lakeview Loan Servicing, LLC,
    By its Attorney

    /s/ Nicholas J. Danforth
    Nicholas J Danforth
    BBO#  703337
    Harmon Law Offices, P.C.
    PO Box 610389
    Newton Highlands, MA 02461
    (617)558-0500
    mabk@harmonlaw.com

Dated: 7/23/2024