☐ — Bankruptcy Petition Preparer's Notice, Declaration, and Signature, *(Official Form 119)* (pro se debtor(s) only)
Due:

☐ — Initial Statement About an Eviction Judgment Against You *(Official Form 101A)*
Due:

☐ — Statement About Payment of an Eviction Judgment Against You *(Official Form 101B)*
Due:

☒ — Statement of Intention for Individuals Filing Under Chapter 7 *(Official Form 108)*
Due:   Within 30 days of the filing of your bankruptcy petition or the scheduled date of the §341 Meeting of Creditors, whichever is earlier.

☐ — Other:

**The document(s) checked below must be filed with the Court no later than**

☐ Prepetition Credit Counseling:    Debtor 1      Debtor 2      Both Debtor 1 and 2

   ☐ Certificate of (Prepetition) Credit Counseling; and if developed prior to filing, a copy of the Debtor Repayment Plan; or
   ☐ Certified Request for an Extension of Time to File a (PrePetition) Credit Counseling Certificate. *(See Local Form 9 enclosed)*; or
   ☐ Motion Requesting Waiver of Credit Counseling Requirement Due to Incapacity, Disability, or Active Duty under 11 U.S.C. § 109(h). (A sample Motion is available at www.mab.uscourts.gov, under "other forms")

☐ Schedule(s) are missing or incomplete:
☐ Summary of Your Assets and Liabilities and Certain Statistical Information *(Official Form 106Sum)*
☐ Declaration About an Individual Debtor's Schedules *(Official Form 106Dec)*
☐ Statement of Financial Affairs for Individuals Filing for Bankruptcy *(Official Form 107)*
☐ Disclosure of Compensation of Attorney for Debtor *(Director Form 2030)*
☐ Chapter 7 Statement of Your Current Monthly Income *(Official Form 122A−1)*
☐ Statement of Exemption from Presumption of Abuse Under § 707(b)(2) *(Official Form 122A−1Supp)*
☐ Chapter 7 Means Test Calculation *(Official Form 122A−2)*
☒ New schedule listing postpetition creditors (in converted cases only). Please check one of the options below, then sign and date and return to the Court at the address below.

☐ List and Verified Declaration attached
☒ No postpetition creditors   Signature _____   Date 1/23/26

| ● United States Bankruptcy Court<br>John. W. McCormack Post Office and Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109−3945 | ○ United States Bankruptcy Court<br>211 Donohue Federal Building<br>595 Main Street<br>Worcester, MA 01608−2076 | ○ United States Bankruptcy Court<br>United States Courthouse<br>300 State Street, Suite 220<br>Springfield, MA 01105−2925 |

Date: 1/20/26

By the Court,

Karma Johnson
Deputy Clerk
617−748−5334