**Fill in this information to identify the case:**

Debtor 1: Ricquelle Jeffery

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of **MA**
(State)

Case number: 24-11395

---

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Santander Bank, N.A.

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 5 9 2 6

**Date of payment change:** 01/16/25
Must be at least 21 days after date of this notice

**New total payment:** $ 515.29
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ■ No
   - ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ■ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☐ No
   - ■ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)

   Reason for change: number of days in the month changes the amount due

   Current mortgage payment: $ 526.77    New mortgage payment: $ 515.29

---

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Restricted-confidential

| Debtor 1 | Ricquelle Jeffery | Case number (if known) | 24-11395 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ *Teresa DeJesus*
Signature

Date 12/30/2024

Print: Teresa DeJesus
First Name  Middle Name  Last Name

Title: Bankruptcy Administrator

Company: Santander Bank, N.A.

Address: 1130 Berkshire Blvd
Number  Street

Wyomissing    PA    19610
City    State    ZIP Code

Contact phone (610) 463-9070

Email: DeftBkr@santander.us

**Santander**

Mail Code: 10-421-CN2
P.O. Box 12646
Reading, PA 19612
Customer Service: 1-877-768-2265
www.SantanderBank.com

262-0.5400 000003BFXAYQ1 1/2 BIN:0 0-1045
RICQUELLE JEFFREY
239 WASHINGTON ST
NORWOOD MA 02062-1547

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| **Account Number:** | |
| Statement Date: | 12-24-2024 |
| Statement Period From: | 11-25-2024 |
| Statement Period Through: | 12-24-2024 |
| Days in Statement Period: | 30 |
| Current Balance: | $57,485.69 |
| Credit Line Amount: | $0.00 |
| Available Credit: | $0.00 |
| End of Draw Date: | 04-25-2029 |
| **Minimum Payment:** | **$19,561.31** |
| **Payment Due Date:** | **01-16-2025** |

---

## Important Message

Want a faster and more convenient way to get your account information?
Enroll in online banking and our Mobile Banking App – it takes just a few minutes.

---

### ACCOUNT BILLING SUMMARY

| | |
|---|---:|
| Principal Due | $170.83 |
| **INTEREST CHARGE** Due | **$344.46** |
| Past Due Amount | $9,099.41 |
| Late Charges Due | $373.58 |
| Fees Due | $9,573.03 |
| Payment Shortage | $0.00 |
| **Total Minimum Payment Due** | **$19,561.31** |

### ACCOUNT BALANCE SUMMARY

| | |
|---|---:|
| Beginning Balance | $57,141.23 |
| Advances | $0.00 |
| Payment Received | $0.00 |
| Insurance Premium | $0.00 |
| **INTEREST CHARGE** | **$344.46** |
| Late Charges | $0.00 |
| Fees | $0.00 |
| Adjustments | $0.00 |
| Ending Balance | $57,485.69 |
| Unapplied Credit Balance | $532.09 |

### SUMMARY OF REVOLVING ACCOUNT BALANCE

| | | | |
|---|---:|---|---:|
| Periodic Rate From | 11-25-2024 | Periodic **INTEREST CHARGE** | $344.46 |
| Periodic Rate Through | 12-24-2024 | **ANNUAL PERCENTAGE RATE** | 10.2500 |
| Payment Amount | $515.29 | | |
| Daily Periodic Rate * | 0.0002800546 | | |
| Balance Subject to Interest Rate | $40,999.15 | Ending Principal | $40,999.15 |

  * The daily periodic rate may vary.

### TRANSACTION ACTIVITY SINCE YOUR LAST STATEMENT

| Posting Date | Effective Date | Activity Description | Amount | Balance |
|---|---|---|---:|---:|
| | 11-25-2024 | BEGINNING PRINCIPAL | | $40,999.15 |
| | 12-24-2024 | ENDING PRINCIPAL | | $40,999.15 |

************************************************** **FEES** **************************************************
TOTAL FEES THIS PERIOD                                             $0.00

************************************************** **INTEREST CHARGED** **************************************************
TOTAL INTEREST THIS PERIOD                                         $344.46

---

*Please return this portion with your check.*



| Account Number | Due Date | Payment Due | Amount Enclosed |
|---|---|---|---|
| | 01-16-2025 | $19,561.31 | |

RICQUELLE JEFFREY
239 WASHINGTON ST
NORWOOD MA 02062-1547

Make Check Payable To:

Santander Bank, N.A.
P.O. Box 847051
Boston, MA 02284-7051

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:  
Ricquelle Jeffery

Chapter #13  
Case No. 24-11395  
Honorable Janet E Bostwick

Debtor

_____/

## CERTIFICATE OF SERVICE

  I, Teresa DeJesus of Santander Bank, N.A., do hereby certify that on December 30, 2024, I caused to be served a copy of the Notice of Payment Change on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

  Signed under the penalties of perjury, this 30th day of December, 2024.

_____  
Teresa DeJesus  
Santander Bank, N.A.  
Bankruptcy Administrator  
1130 Berkshire Blvd  
Wyomissing, PA 19610  
(610) 463-9070  
Email: DeftBkr@santander.us

VIA US MAIL  
Ricquelle Jeffery  
239 Washington St  
Norwood, MA 02062-1547

VIA ECF  
Represented by Steven R. Striffler  
steve@strifflerlaw.com

Carolyn Bankowski-13-12  
Chapter 13-12 Trustee Boston  
13trustee@ch13boston.com

Richard King – B
Office of the US Trustee
USTPRegion01.BO.ECF@USDOJ.GOV

Lakeview Loan Servicing, LLC
Represented by Nicholas Danforth
ndanforth@harmonlaw.com

# OFFICIAL LOCAL FORM 7
## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:
<u>Ricquelle Jeffery</u>                                             Bk. No. 24-11395
<u>Debtors</u>,                                                       Chapter 13

## DECLARATION RE: ELECTRONIC FILING

### PART I - DECLARATION

I, <u>Teresa DeJesus</u>, hereby declare(s) under penalty of perjury that all of the information contained in my <u>Payment Change Notice.</u> (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: December 30, 2024

_____*Teresa DeJesus*_____
(Affiant)

### PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:

Signed: _____
(Attorney for Affiant - /s/used by Registered ECF Users Only)