**Fill in this information to identify the case:**

Debtor 1    Ricquelle Jeffrey

Debtor 2    ___
(Spouse, if filing)

United States Bankruptcy Court for the Boston
District of District of Massachusetts

Case number    24-11395-JEB

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**    Lakeview Loan Servicing, LLC

**Court claim no**. (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account:    2595

**Date of payment change:**
Must be at least 21 days after date of this notice    12/01/2024*

**New total payment:**
Principal, interest, and escrow, if any    $ 2,090.63

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

_____

**Current escrow payment:** $ 866.87    **New escrow payment:**    $ 899.39

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

_____

**Current interest rate:**    _____%    **New interest rate:**    _____%

**Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:**    $ _____

Debtor 1   Ricquelle Jeffrey                                    Case number (*if known*) 24-11395-JEB
           First Name    Middle Name                            First Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Joseph Dolben                                               Date    5 / 9 / 2025
Signature

Print:    Joseph Dolben                                         Title   Attorney
          First Name    Middle Name    Last Name

Company   Harmon Law Offices, P.C.

Address   150 California St.
          Number          Street
          Newton, MA 02458
          City                        State       ZIP Code

Contact phone  (617)558-0500                                    Email jdolben@harmonlaw.com

---

*Under Rule 3002.1(b) of the Federal Rules of Bankruptcy Procedure, the holder of a claim shall file a notice of any change in payment amount, no later than 21 days before a payment in the new amount is due. Creditor requests that since the debtor's payment decreased on 12/01/2024 as a result of a loan modification and that the payment effective date is 12/01/2024.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>Ricquelle Jeffrey,<br>Debtor | Case No. 24-11395-JEB<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, Joseph Dolben, state that on May 9, 2025, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of Lakeview Loan Servicing, LLC using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Steven Striffler
Carolyn Bankowski
Richard T. King

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Ricquelle Jeffrey
239 Washington Street
Norwood, MA 02062

    Respectfully submitted,
    Lakeview Loan Servicing, LLC,
    By its Attorney

    /s/ Joseph Dolben
    Joseph Dolben
    BBO# 673113
    Harmon Law Offices, P.C.
    PO Box 610389
    Newton Highlands, MA 02461
    (617)558-0500
    mabk@harmonlaw.com

Dated: May 9, 2025

**Representation Of Printed Document**

**M&T Bank**

P.O. Box 619063, Dallas, TX 75261-9063
DO NOT SEND MAIL TO THIS ADDRESS

RICQUELLE C JEFFREY
239 WASHINGTON ST
NORWOOD MA 02062-1547

---

**IMPORTANT INFORMATION ABOUT YOUR MORTGAGE**

Your Escrow Account Disclosure Statement Is Enclosed

---

Dear Ricquelle C Jeffrey,

We appreciate your relationship with us and are pleased to be the servicer for your mortgage loan ending in 2595.

We would like to let you know about an update to your mortgage escrow account disclosure statement. As required by law, we are no longer able to provide a payment coupon to you in order to remit the full escrow shortage amount. You are not required to make the full escrow shortage payment, however, if you choose to do so, there are other options available to accomplish this:

1. **Online:** Log in to M&T Online, select your mortgage account and click on the "Make Your Payment" button or log in to Mobile Banking, select your mortgage account and click the "Pay Now" button.[1]

2. **By Mail:** Send a check made payable to M&T Bank and indicate on the memo line that you are making an escrow shortage payment.[2] Please mail the check to:

   M&T Bank
   Escrow Department
   P.O. Box 64787
   Baltimore. MD 21264-4787

If you choose not to pay the full escrow shortage amount at this time, please refer to the enclosed escrow statement to see how your payment will change.

If you have any questions regarding this matter, please call us at 1-800-724-2224 and we'll be happy to assist you.

Sincerely,

*Kathleen Evans*

Kathleen Evans
Senior Vice President, Retail Loan Servicing

---

[1] This option is available if your loan is current
[2] If you are paying your escrow shortage, the funds will be applied immediately, however your mortgage statement may not reflect changes until the analysis effective date.

"M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this correspondence is for compliance or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien."

Equal Housing Lender. © M&T Bank. Member FDIC. NMLS #          mtb.com



**Annual Escrow Account Disclosure Statement**

P.O. Box 619063, Dallas, TX 75261-9063
DO NOT SEND MAIL TO THIS ADDRESS.

Page 1 of 4
RICQUELLE C JEFFREY

RICQUELLE C JEFFREY
239 WASHINGTON ST
NORWOOD MA 02062-1547

**Please review — important changes to your mortgage loan payment.**

**Loan Number:**

**Property Address:**
239 Washington Street
Norwood, MA 02062

**Statement Date:** 04/16/2025

**New Payment Effective Date:** 12/01/2024

Dear **Ricquelle C Jeffrey,**

Your relationship is important to us and we appreciate the opportunity to service your home financing needs. This statement provides details on your escrow account history, as well as our projections for your property tax and homeowner's insurance obligations for the next 12 months.

Based on our review, there is a shortage of funds in your escrow account, which was caused by changes in your taxes, insurance or escrow deposits. **Your mortgage payment is changing — please see details below.**

### YOUR NEW PAYMENT

| Payment Information | Current Monthly Payment | Your New Monthly Payment beginning on 12/01/2024 |
|---|---|---|
| Principal & Interest: | $1,191.24 | $1,191.24 |
| Escrow Payment: | $866.87 | $866.20 |
| Escrow Shortage: | $0.00 | $33.19 |
| **Total Payment:** | **$2,058.11** | **$2,090.63** |

To help you better understand your statement, as well as escrow accounts in general, please review the enclosed "Helpful Information" page or visit mtb.com/escrow-faqs. If you have any other questions, please call us at 1-800-411-7627, Monday-Friday, 8:30am-9:00pm ET, or write to us at M&T Bank, P.O. Box 1288, Buffalo, NY 14240.

Thank you for being our customer. We take great pride in being your mortgage partner.

005-0814-1100F

**Quick and easy payment options:**

 **ONLINE** at mtb.com

 **CALL** 1-800-411-7627

 **STOP BY** any M&T branch

INTERNET REPRINT

THIS SECTION HAS BEEN INTENTIONALLY LEFT BLANK

# M&T Bank

**Annual Escrow Account Disclosure Statement**

Page 2 of 4

RICQUELLE C JEFFREY

## YOUR ACCOUNT HISTORY

Below are the previous escrow projections (including anticipated escrow activity that may occur before your New Payment Effective Date listed on page 1) and the actual escrow activity to date. Comparing the two can determine where a difference may have occurred.

### Activity Summary

| Month & Year | Projected Payment to Escrow | Actual Payment to Escrow | Description | Projected Disbursement | Actual Disbursement | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | $1,978.92 | -$382.92 |
| Aug 2024 | $866.87 | * | Risk Bsd FHA | $298.16 | * | $2,547.63 | -$382.92 |
| Aug 2024 | | | Risk Bsd FHA | | $298.16 * | $2,547.63 | -$681.08 |
| Sep 2024 | $866.87 | * | Risk Bsd FHA | $298.16 | * | $3,116.34 | -$681.08 |
| Sep 2024 | | | Risk Bsd FHA | | $298.16 * | $3,116.34 | -$979.24 |
| Oct 2024 | $866.87 | * | Risk Bsd FHA | $298.16 | * | $3,685.05 | -$979.24 |
| Oct 2024 | | | County Tax | $1,188.86 | $1,317.51 * | $2,496.19 | -$2,296.75 |
| Oct 2024 | | | Risk Bsd FHA | | $298.16 * | $2,496.19 | -$2,594.91 |
| Oct 2024 | | | Hazard Ins | | $1,755.00 * | $2,496.19 | -$4,349.91 |
| Nov 2024 | $866.87 | * | Risk Bsd FHA | $298.16 | * | $3,064.90 | -$4,349.91 |
| Nov 2024 | | | Hazard Ins | $1,683.00 | * | $1,381.90 | -$4,349.91 |
| Nov 2024 | | | Risk Bsd FHA | | $298.16 * | $1,381.90 | -$4,648.07 |

**The total amount of escrow payments received during this period was $0.00 and the total escrow disbursements were $4,265.15.**

*Indicates a difference from a previous estimate either in the date or the amount of the deposit/disbursement.

Borrower Paid Mortgage Insurance Premium: Your mortgage loan requires a borrower paid mortgage insurance premium ("MIP"). MIP is insurance from the Federal Housing Administration ("FHA") that protects lenders against loss in the event a borrower defaults on a mortgage.

**Effective for all loans closed on or after January 1, 2001, FHA annual MIP will be automatically cancelled under the following conditions:**
**Loans with FHA case numbers assigned before June 3, 2013:**

- Mortgage loan terms greater than 15 years: the annual MIP will be cancelled when the loan to value ratio reaches 78%, provided the mortgagor has paid the annual mortgage insurance premium for at least five years.

- Mortgage loan terms less than or equal to 15 years with a loan to value ratio greater than 78%: the annual MIP will be cancelled when the loan to value ratio reaches 78%.

**FHA will determine when you have reached the 78% loan to value ratio based on the lower of the sales price or appraised value at origination.** New appraised values will not be considered. Cancellation of the annual mortgage insurance premium will normally be based on the scheduled amortization of the loan. However, in cases where additional payments have been applied to the loan balance as a prepayment, cancellation can be based on the actual amortization of the loan. If you have prepaid and believe you have met the requirements for cancelling the FHA insurance, please send a written request to us at P.O. Box 1288, Buffalo, NY 14240.

**Loans with FHA case numbers assigned on or after June 3, 2013:**
- Mortgage loan terms greater than 15 years with loan to value ratio greater than 90%: duration of the annual MIP is the loan term.
- Mortgage loan terms greater than 15 years with loan to value ratio less than or equal to 90%: duration of the annual MIP is 11 years.
- Mortgage loan terms less than or equal to 15 years with loan to value ratio greater than 90%: duration of the annual MIP is the loan term.
- Mortgage loan terms less than or equal to 15 years with loan to value ratio less than or equal to 90%: duration of the annual MIP is 11 years.

**M&T Bank**

**Annual Escrow Account Disclosure Statement**

Page 3 of 4
RICQUELLE C JEFFREY
Loan Number:
Statement Date: 04/16/25

## PROJECTED ESCROW PAYMENTS OVER THE NEXT 12 MONTHS

### Anticipated Annual Disbursements

| | |
|---|---|
| Mortgage Ins: | $3,461.64 |
| County Tax: | $3,906.40 |
| Hazard Ins: | $1,755.00 |
| Total: | $9,123.04 |

As allowed by federal law (RESPA), our projections include an escrow reserve (or cushion) equal to two monthly escrow payments (excluding MIP/PMI), unless state law specifies a lower amount.

### Projected Escrow Balance Summary

M&T Bank expects to pay $9,123.04 over the next 12 months.

Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total taxes and insurance: | $9,123.04 |
| Divided by 12 monthly payments: | $866.20 |
| **\*New Monthly Escrow Payment:** | **$866.20** |

### Anticipated Activity Summary

Projections for the coming year: The following summary shows anticipated activity in your escrow account for the next 12 months, which was used to calculate your payment above.

| Month & Year | *Monthly Escrow Payment | Amount Scheduled to be Paid | Description | Projection Based on Current Balance | Projection Based on Required Balance |
|---|---|---|---|---|---|
| | | | Beginning Balance | -$1,413.51 | $577.73 |
| **Dec 2024** | **$866.20** | **$288.47** | **Risk Bsd FHA** | **-$835.78** | **$1,155.46** |
| Jan 2025 | $866.20 | $288.47 | Risk Bsd FHA | -$258.05 | $1,733.19 |
| Feb 2025 | $866.20 | $288.47 | Risk Bsd FHA | $319.68 | $2,310.92 |
| Mar 2025 | $866.20 | $288.47 | Risk Bsd FHA | $897.41 | $2,888.65 |
| Apr 2025 | $866.20 | $288.47 | Risk Bsd FHA | $1,475.14 | $3,466.38 |
| Apr 2025 | | $1,271.37 | County Tax | $203.77 | $2,195.01 |
| May 2025 | $866.20 | $288.47 | Risk Bsd FHA | $781.50 | $2,772.74 |
| Jun 2025 | $866.20 | $288.47 | Risk Bsd FHA | $1,359.23 | $3,350.47 |
| Jul 2025 | $866.20 | $288.47 | Risk Bsd FHA | $1,936.96 | $3,928.20 |
| Jul 2025 | | $1,317.52 | County Tax | $619.44 | $2,610.68 |
| Aug 2025 | $866.20 | $288.47 | Risk Bsd FHA | $1,197.17 | $3,188.41 |
| Sep 2025 | $866.20 | $288.47 | Risk Bsd FHA | $1,774.90 | $3,766.14 |
| Oct 2025 | $866.20 | $288.47 | Risk Bsd FHA | $2,352.63 | $4,343.87 |
| Oct 2025 | | $1,317.51 | County Tax | $1,035.12 | $3,026.36 |
| Nov 2025 | $866.20 | $288.47 | Risk Bsd FHA | $1,612.85 | $3,604.09 |
| Nov 2025 | | $1,755.00 | Hazard Ins | -$142.15 | $1,849.09 |

**Escrow Requirements, New Mortgage Payment and Anticipated Annual Disbursements:**

| | |
|---|---|
| Projected Beginning Balance | -$1,413.51 |
| - Required Minimum Balance | $577.73 |
| **Shortage Amount** | **$1,991.24** |

Your lowest monthly escrow balance for the next 12 months should reach $1,155.46, which equals a total of two months' escrow payments. To reach this balance, your required escrow amount after your Nov 2024 payment should be $577.73, whereas your actual escrow balance is -$1,413.51. The difference, $1,991.24, represents the amount needed in your escrow account and will be spread over the next 60 payments.



REPRESENTATION OF PRINTED DOCUMENT

**Annual Escrow Account Disclosure Statement**

**Page 4 of 4**
RICQUELLE C JEFFREY

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

Equal Housing Lender. ©2022 M&T Bank. Member FDIC. NMLS            VF **mtb.com**

# Helpful information about your mortgage escrow disclosure statement.

To help you better understand your statement, as well as escrow accounts in general, answers to some of the most frequently asked questions are listed below.

**Q Why am I getting this statement?**

**A** Mortgage lenders are required by regulations to perform an annual review of your account and provide a hard copy statement for your records.

**Q How does an escrow account work?**

**A** A mortgage escrow account allows you to pay ongoing property tax and homeowner's insurance costs within your monthly mortgage payments. These additional funds accumulate in your escrow account, managed by M&T, and we pay property taxes, homeowner's insurance and any mortgage insurance on your behalf when they are due.

**Q How is my escrow payment determined?**

**A** To determine the appropriate funds are collected for the escrow portion of your payment, we use the following calculation:

 *12 months of anticipated escrow payments, accounting for any existing escrow balance*
 **+** *escrow reserve*
 **÷** *12*
 **=** *monthly escrow payment*

The escrow reserve (or escrow cushion) is the amount of money collected to cover any unanticipated increases in your real estate tax or insurance premium payment. It acts as a buffer and helps to prevent your escrow account from being overdrawn. An escrow reserve exists on your account unless your mortgage documents or state law applies and is generally a two-month escrow payment.

**Q What causes escrow payments to change from year to year?**

**A** Your escrow payment may increase for several reasons. The most common reasons are:

- Increases in your property taxes, insurance premiums, or your property's tax assessment
- Changes in your insurance carrier or your tax due date
- Fewer deposits to escrow than expected

Even though taxes or insurance may go down from the previous year, it doesn't mean escrow payments will also decrease. Analysis calculations for tax and/or insurance are based on last amount(s) paid, or where applicable, from the prior servicer or from closing documents. If you have received more recently updated information from your tax assessor, please forward it to eta@mtb.com.

**TIP:** Municipalities offer a few common tax exemptions for disability, homestead, senior and veteran status. Check with your local tax office to see if you are eligible for these, or any other exemptions.

**Q If there is an escrow shortage, what do I need to do?**

**A** You are not required to pay the escrow shortage in full.

If you do not want to submit the full shortage amount, the escrow shortage will be spread equally over 12 months of payments and your new payment will be higher for the coming year.

If you choose to submit the full shortage amount (partial payments are not permitted), you have two payment options:

- **Online:** Log in to your M&T Online or Mobile Banking account, select your mortgage account and click the "View My Mortgage Info" button. At the top left of the next screen, select "Make A Payment." Your mortgage loan must be current to use this option.

- **By Mail:** Send a check, made payable to M&T Bank with "escrow shortage payment" and the loan number noted on the memo line, to: M&T Bank, Escrow Department, P.O. Box 64787, Baltimore, MD 21264-4787. If you are paying your escrow shortage, the funds will be applied immediately, however your mortgage statement may not reflect changes until the analysis effective date.

**PLEASE NOTE:** Paying the full shortage amount will adjust your account resulting in the smallest possible increase in your monthly mortgage payment amount. It's important to keep in mind that any increase in your real estate tax amounts and/or insurance premium(s) may cause your payment amount to change even if you pay your shortage amount.

**Q Why do I have an escrow overage (surplus of funds) in my account?**

**A** An overage occurs if the current funds and future payments to your escrow account are estimated to exceed the anticipated tax and insurance payments for the next 12 months (escrow analysis period). An overage may occur if taxes or insurance premiums were lower than estimated. When the escrow analysis is completed, the overage amount may be sent to you as a refund check. If the surplus is less than $50, it will be credited to your payment.

## Have additional questions? We're here to help.

Go to **mtb.com/escrow-faqs** for answers to other frequently asked questions.
Or call us at **1-800-411-7627** Monday – Friday, 8:30am – 9pm ET.

We appreciate your business. Thank you for giving us the opportunity to serve your financial needs.



 Equal Housing Lender. ©2022 M&T Bank. Member FDIC. NMLS #     VF **mtb.com**